IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

REGAL NAILS, SALON & SPA, LLC
*Plaintiff*,

v.

NANCY NGUYEN LLC, ET AL
*Defendants*.

1:25-cv-713-MSN-WEF

ORDER

This matter comes before the Court on the February 9, 2026, Report and Recommendation of Magistrate Judge William E. Fitzpatrick (ECF 54) regarding Plaintiff's Motion for Default Judgment (ECF 47).

Based on a *de novo* review of the evidence in this case, having reviewed the Report and Recommendation, and having received no objections thereto, it appears to the Court that Judge Fitzpatrick's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, the Court AFFIRMS the findings of the Magistrate Judge, and it is hereby

ORDERED that Plaintiff's Motion for Default Judgment (ECF 47) is GRANTED; and it is further

ORDERED that default judgment is entered in favor of Plaintiff and against the defendants Nancy Nguyen LLC and Binh Nguyen on Count I of the Complaint; and it is further

ORDERED that Plaintiff is awarded damages against Nancy Nguyen LLC and Binh Nguyen, jointly and severally, in the amount of $123,430.80; and it is further

ORDERED that Plaintiff is awarded contractual attorneys' fees and costs against Nancy Nguyen LLC and Binh Nguyen, jointly and severally, in the amount of $132,020.70; and it is further

ORDERED that Plaintiff is awarded post-judgment interest pursuant to 28 U.S.C. § 1961 on the total judgment amount including damages and attorneys' fees and costs against Nancy Nguyen LLC and Binh Nguyen, jointly and severally; and it is further

ORDERED that this civil action is dismissed in all other regards.

**IT IS SO ORDERED.**

The Clerk of Court is directed to terminate this civil action and to forward a copy of this Order to counsel of record and defendants Nancy Nguyen LLC and Binh Nguyen at their last known addresses.

_____/s/_____
Michael S. Nachmanoff
United States District Judge

March 27, 2026
Alexandria, Virginia

2